PROB 12C
(6/16)

Report Date: October 18, 2023

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Arthur Lee Miller | Case Number: 0980 1:14CR02033-SAB-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Wishram, Washington 98673 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 18, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Discharge of a Firearm During a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A), (c)(1)(A)(iii) and 2 | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 26, 2023 | |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: May 25, 2028 | |

## PETITIONING THE COURT

To issue a summons.

On May 31, 2023, supervised release conditions were reviewed and signed by Mr. Miller acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by being charged with assault - domestic violence in Yakima County, Washington, on October 6, 2023.<br><br>On October 6, 2023, at approximately 10:19 p.m., a Yakima Police Department (YPD) officer was dispatched to the 3100 block of Summitview Avenue in reference to a possible domestic.  Upon arrival, a YPD officer made contact with the victim (TM), who advised that her blood brother, Arthur L. Miller (DOB: 09/21/1995), shoved her and struck her in the face with an open palm approximately three times. |

Prob12C
Re: Miller, Arthur Lee
October 18, 2023
Page 2

The YPD officer asked TM to run through the sequence of events. In summary, and not verbatim, TM advised she was sitting in the rear seat of a grey vehicle, possibly a Nissan Altima, and Mr. Miller was in the front passenger seat and was highly intoxicated. TM advised the driver of the vehicle was Mr. Miller's girlfriend (unknown name), and she was the designated driver for the night. TM stated as they were driving down the 3000 block of Summitview Avenue, Mr. Miller struck his girlfriend, who was driving. TM advised she was not going to tolerate that and fled from the vehicle. As TM fled from the vehicle, she stated Mr. Miller chased her onto the middle of the roadway where he pushed/shoved her and proceeded to strike her three times in the face with an open palm. As this occurred, a good Samaritan/witness, TH, saw Mr. Miller striking TM and intervened, causing Mr. Miller to flee from the scene. TM advised Mr. Miller's girlfriend left the scene and continued traveling eastbound in the 3100 block of Summitview Avenue.

The YPD officer observed minor redness on TM's left cheek. TM advised of minor pain to her face. She denied any medical assistance. The YPD officer took photographs of TM's person and uploaded it on to DigitalOnQ. The domestic violence survey was completed and uploaded onto Spillman.

Mr. Miller was not located on scene nor in the area. Based on the aforementioned report, the YPD officer found probable cause to forward charges for fourth degree assault - domestic violence for Arthur L. Miller.

On October 25, 2023, Mr. Miller is scheduled to appear in court for an arraignment hearing in Yakima Municipal Court for case number 3A0670761, fourth degree assault - domestic violence.

2  **Special Condition #15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by consuming alcohol on October 6, 2023.

Please refer to the supportive evidence narrative found in violation #1.

3  **Special Condition #15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by consuming alcohol on October 14, 2023.

On October 18, 2023, Mr. Miller reported to the probation office. During the meeting, Mr. Miller admitted to this officer that he consumed alcohol on October 14, 2023. Mr. Miller signed an admission/denial form admitting he consumed alcohol, as noted.

Prob12C
Re: Miller, Arthur Lee
October 18, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 18, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/19/2023

Date