PROB 12C
(6/16)

Report Date: November 20, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Arthur Lee Miller | Case Number: 0980 1:14CR02033-SAB-2 |
| Address of Offender: ▬▬▬▬▬▬▬▬▬▬ Wishram, Washington 98673 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 18, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Discharge of a Firearm During a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A), (c)(1)(A)(iii) and 2 | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 26, 2023 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: | May 25, 2028 |

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 18, 2023.

On May 31, 2023, supervised release conditions were reviewed and signed by Mr. Miller acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by consuming alcohol on or about November 17, 2023. |
| | On November 17, 2023, at approximately 8:49 a.m., this officer received a telephone call from Mr. Miller's mother, Julie SoHappy. Ms. SoHappy said she was concerned for Mr. Miller because earlier that morning, she heard a loud knock on her back door and it was Mr. Miller, who was bleeding from his nose and mouth while holding his stomach. Ms. SoHappy said Mr. Miller told her he was jumped; she told him to stay outside until she could put her |

grandchildren in their room so they would not be scared. Mr. Miller was gone when she went to the backyard to see if he was still there. Following that, Ms. SoHappy observed Mr. Miller speaking with Klickitat County Sheriff's Office (KCSO) deputies, and they placed him in the back of their vehicles. This officer asked Ms. SoHappy if Mr. Miller appeared to be under the influence of drugs or alcohol. Ms. SoHappy said she did not think so. Ms. SoHappy agreed to contact the probation office if she heard any additional information regarding the incident with Mr. Miller.

At approximately 9:31 a.m., this officer received a telephone call from Ms. SoHappy. Ms. SoHappy said KCSO deputies transported Mr. Miller to the hospital to be medically cleared, but no charges were being filed. This officer asked Ms. SoHappy to have Mr. Miller contact the probation office when he got home. Ms. SoHappy said she would let him know.

At approximately 9:37 a.m., this officer received a telephone call from KCSO regarding the incident with Mr. Miller. The KCSO deputies said they contacted Mr. Miller due to reports of him walking around bleeding and possibly under the influence of alcohol or a controlled substance. The KCSO said upon contacting Mr. Miller, he smelled of intoxicants, had a slurred speech, and was stumbling. Due to no charges being filed, KCSO transported Mr. Miller to the local hospital to be medically cleared, and was released. The KCSO said the case number is 23-0048-83.

At approximately 9:59 a.m., this officer spoke to Mr. Miller via telephone. Mr. Miller said he was jumped, which led to his injuries. Mr. Miller refused to give any details about the alleged alteration. Mr. Miller denied consuming any alcohol or illegal controlled substances. This officer told Mr. Miller that the KCSO he had contact with this morning said he smelled of intoxicants, had a slurred speech, and was stumbling. Mr. Miller began raising his voice and becoming argumentative, denying he consumed any controlled substances or alcohol. This officer explained to Mr. Miller that based on what was reported by the KCSO and what is noted in the police report, he could be in violation of his supervised release conditions, but if he provided a urinalysis (UA) today and it returned negative for tested controlled substance and alcohol, it would support his story and more likely would not be a violation. Mr. Miller continued to deny consuming any controlled substance or alcohol. It should be noted Mr. Miller's speech was slurred and he was off his baseline. This officer told Mr. Miller that a home inspection would be conducted today to collect a UA. Mr. Miller voiced his understanding.

At approximately 12:40 p.m., this officer conducted a home inspection with United States Probation Officer (USPO) Arturo Santana. Contact was made with Ms. SoHappy at the front door, who invited us inside and said Mr. Miller was sleeping in his room. She escorted us to Mr. Miller's room, where he was in bed with his fiancé. This officer announced himself to Mr. Miller as his probation officer there to conduct the UA. Mr. Miller did not respond. Mr. Miller's fiancé attempted several times to wake up Mr. Miller but was unsuccessful. She eventually got up and left the room. After several more verbal attempts to wake Mr. Miller, he stood up but was stumbling and appeared to be trying to catch his balance. This officer repeatedly reminded Mr. Miller we were there to collect a UA and then leave. Mr. Miller again started raising his voice and becoming argumentative. Eventually, Mr. Miller slowly walked to the bathroom at the end of the hallway and provided a UA. The UA was presumptive negative for tested controlled substances. This officer escorted Mr. Miller to the kitchen to sign the chain of custody form so the UA could be sent to the lab to be tested

Prob12C
Re: Miller, Arthur Lee
November 20, 2023
Page 3

for alcohol. Mr. Miller reviewed and signed the chain of custody form. The UA was packaged in front of Mr. Miller. It should be noted that while reviewing and signing the chain of custody form, Mr. Miller was swaying back and forth, stumbling, and mumbling his words.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 20, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/20/2023
Date