PROB 12C
(6/16)

Report Date: December 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arthur Lee Miller                Case Number: 0980 1:14CR02033-SAB-2

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉, Wishram, Washington 98673

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 18, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Discharge of a Firearm During a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A), (c)(1)(A)(iii) and 2 | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 26, 2023 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: | May 25, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 18, and November 13, 2023.

On May 31, 2023, supervised release conditions were reviewed and signed by Mr. Miller acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by consuming alcohol on or about December 5, 2023.<br><br>According to the Wapato Police Department (WPD) narrative report number 23W3185, on December 5, 2023, at 11:02 p.m., a WPD officer was flagged by a female stating she was attempting to keep her daughter from driving, who was heavily intoxicated. The WPD officer parked behind the vehicle (WA CJF1888), whose passenger and driver doors were open, with two occupants. WPD officer activated the overhead emergency lights and |

Prob12C
Re: Miller, Arthur Lee
December 7, 2023
Page 2

contacted the driver (later identified as SW) to investigate possible driving while under the influence (DUI)/physical control. SW was sweating, moving her arms in a fidgeting manner, slurring her speech, and giving the WPD officer slow drawn-out responses. The passenger (later identified as Arthur Miller) had empty containers at his feet, showing signs of intoxication.

The WPD officer was working with the family to get SW to let one of them drive her home. The WPD officer identified the passenger as being wanted for a federal probation violation. The officer told Mr. Miller he was under arrest for his warrant. The WPD officer placed Mr. Miller in department-issued handcuffs behind his back, checking for fit and double locking. The officer escorted Mr. Miller back to his patrol car and performed a search for weapons. Mr Miller was then transported to the Yakima County Jail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 7, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/8/2023
Date